# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **VANESSA HAMILTON,** | ) | **CASE NO. 5:18CV00754** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **ULTA SALON, COSMETICS &** | ) | |
| **FRAGRANCE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

On June 21, 2018 the Court entered an Opinion and Order granting Defendant Ulta Salon, Cosmetics & Fragrance, Inc.'s motion to dismiss for failure to state a claim and denying Plaintiff's motion to certify to the Ohio Supreme Court the question of whether consumers have an Ohio Deceptive Trade Practices Act private right of action [Doc. 24]. The Court instructed plaintiff to file any motion for leave to amend the complaint within ten days of said order. Upon review of the docket, no such motion has been made. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**


Dated: September 25, 2018          *s/    James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE